IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK PETERSEN,<br><br>      Plaintiff,<br><br>  v.<br><br>AGT CRUNCH ACQUISITION, LLC; DANIEL E. ESPINO; AGT CRUNCH SAN FRANCISCO, LLC; CRUNCH POLK STREET, LLC; TYLER HANSEN,<br><br>      Defendants.<br>_____/ | No. C 10-02493 CW<br><br>ORDER ON PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

On June 30, 2011, Defendants Crunch Polk Street, LLC; Daniel E. Espino; and Tyler Hansen moved for summary judgment.[1]  Plaintiff Erik Petersen's opposition to Defendants' motion was due July 14, 2011.  Civil L.R. 7-3(a).  No opposition was received.

Plaintiff shall file his opposition to Defendants' motion by August 4, 2011.  Defendants' reply shall be due seven days after Plaintiff's opposition is filed.  Plaintiff's failure to comply with this order may result in the entry of summary judgment against him.

The hearing on Defendants' motion for summary judgment, set for August 25, 2011 at 2:00, is maintained.

IT IS SO ORDERED.

Dated: August 1, 2011

                                              CLAUDIA WILKEN
                                              United States District Judge

---

[1] Defendants AGT Crunch Acquisition, LLC, and AGT Crunch San Francisco, LLC, are currently in bankruptcy proceedings.