ALEX HERNAEZ (State Bar No. 201441)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:   (415) 364-5540
Facsimile:    (415) 391-4436
Email:         ahernaez@foxrothschild.com

RICHARD I. DREITZER (State Bar No. 6626)
FOX ROTHSCHILD LLP
3800 Howard Hughes Pkwy.
Las Vegas, NV 89169
Telephone:   (702) 262-6899
Facsimile:    (702) 597-5503
Email:         rdreitzer@foxrothschild.com

Attorneys for Defendants
CRUNCH POLK STREET,
DANIEL E. ESPINO, andTYLER HANSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK PETERSEN, an individual, | Case No.: 10-CV-02493 |
| Plaintiff, | |
| v. | **ORDER** |
| AGT CRUNCH ACQUISITION, LLC, *et al*., | |
| Defendants. | |

1

[PROPOSED] ORDER

U.S.D.C Case No.:  10-CV-02493

SF1 78455v1 09/29/11

1  Upon consideration of the Joint Stipulation to continue all dates in the December 7,
2  2010 Case Management Order, and finding that good cause exists,
3  **IT IS HEREBY ORDERED** that the dates in the December 7, 2010 Case Management
4  Order be extended as follows:
5     Pretrial conference:     February 8, 2012
6     Trial:                   March 5, 2012
7  **IT IS SO ORDERED.**

9  DATED: 10/3/2011

   The Honorable Claudia Wilken
   United States District Court Judge
   Northern District of California

---

2

[PROPOSED] ORDER

U.S.D.C Case No.: 10-CV-02493

SF1 78455v1 09/29/11